NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WAYNE T. MURRAY, DOC# R52860,　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D17-1970
　　　　　　　　　　　　　　　　　　　　　　)
MASSMUTUAL FINANCIAL GROUP;　　　)
MML INVESTORS SERVICES, LLC;　　　　)
ROY CASO, JR.; and GLENN J.　　　　　　)
MURRAY,　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellees.　　　　　　　　　　　　)
_____)

Opinion filed October 26, 2018.

Appeal from the Circuit Court for Pinellas
County; Cynthia Newton, Judge.

Wayne T. Murray, pro se.

Marie A. Borland and Robert B. Gough, III,
of Hill, Ward & Henderson, P.A., Tampa;
and William P. Thornton, Jr., of Stevens &
Lee, Philadelphia, Pennsylvania, for
Appellees MassMutual Financial Group,
MML Investor Services, LLC, and Roy Caso,
Jr.

No appearance for remaining Appellee.


PER CURIAM.

　　　　　　Affirmed.

KHOUZAM, LUCAS, and SALARIO, JJ., Concur.